1  Name: _____
2  Address: _____
3  _____
4  Phone: _____
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2023
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Eric Ray Malone

Plaintiff

v.

Palm Springs Police Department

Defendant(s).

CASE NUMBER:
EDCV23-00770-JGB(KKx)

To be supplied by the Clerk of
The United States District Court

COMPLAINT

Palm Springs Police Department did fail to update an event only report from a vehicle theft that happened in 2016. Mercury Insurance claim specialist Lina Ho was in touch with the Plaintiff awaiting the update and the officers failed to do what dispatch said that they would. The report from the event is not accurate, and the Plaintiff seeks to recover the amount of the vehicle plus an amount no less than three to ten times the value of the vehicle additionally.

Respectfully submitted,

Eric Ray Malone

CV-126 (09/09)             PLEADING PAGE FOR A COMPLAINT



FROM:
E. Malone
2344 Leis Dr.
Palm Springs Ca
92264

TO:
Clerk of the Court
United States District Court
of the Central District of
California, Eastern Branch;
George E. Brown Federal Building -
3470 12th Street
Riverside, California
92501-3801