# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Ray Malone <br><br> **PLAINTIFF(S)** <br> v. <br><br> Palm Springs Police Department <br><br> **DEFENDANT(S)** | **CASE NUMBER** <br><br> 5:23-cv-00770-JGB-KK <br><br> **ORDER ON REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* <br> **(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.   ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:


**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:
- ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
- ☐ The action is frivolous or malicious.
- ☒ The action fails to state a claim upon which relief may be granted.
- ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:



If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☒ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

_May 16, 2023_     _[signature]_
Date                United States District Judge

In the Complaint, Plaintiff alleges that the Palm Springs Police Department "fail[ed] to update an event only report from a vehicle theft that happened in 2016." Plaintiff seeks to recover "the amount of the vehicle plus an amount no less than three to ten times the value of the vehicle additionally." However, Plaintiff has not stated a claim upon which relief can be granted. Plaintiff does not cite any federal or state statute or case that allows a cause of action against a police department for an allegedly inaccurate report. Further, a local governmental entity, such as a police department, may not be sued for an injury inflicted solely by its employees. See Monell v. Dep't of Soc. Servs., 436 U.S. 658, 694 (1978). The actions of individual employees may support municipal liability only if the employees were acting pursuant to an official policy, custom, or practice of the municipality. See Botello v. Gammick, 413 F.3d 971, 978-79 (9th Cir. 2005). Thus, Plaintiff has failed to state a claim against the Palm Springs Police Department. The Court DENIES Plaintiff's request to proceed in forma pauperis and DISMISSES the Complaint.

*(attach additional pages if necessary)*